1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD LAWRENCE, | ) | No. ED CV 15-01077-VBF-AGR |
| Petitioner, | ) | |
| | ) | FINAL JUDGMENT |
| v. | ) | |
| RON RACKLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the contemporaneously issued Order Referring the Habeas Corpus Petition to the U.S. Court of Appeals Pursuant to Ninth Circuit Rule 22-3(a) and Dismissing the Habeas Corpus Petition without Prejudice for Lack of Subject-Matter Jurisdiction, IT IS ADJUDGED that the habeas corpus petition is summarily dismissed without prejudice.

DATED:  July 20, 2015

_Valerie Baker Fairbank_

_____

VALERIE BAKER FAIRBANK
United States District Judge